

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| YOUNG WOMEN'S CHRISTIAN ASSOCIATION OF EL PASO DEL NORTE, | § § § | No. 08-14-00302-CV<br><br>Appeal from |
| Appellant, | § § | County Court at Law No. 3 |
| v. | § | of El Paso County, Texas |
| JEREMY JORDAN, | § § | (TC # 2014-DCV1190) |
| Appellee. | | |

## **J U D G M E N T**

The Court has considered this cause on Appellant's motion to dismiss and concludes the motion should be granted and the appeal should be dismissed, in accordance with the opinion of this Court. We therefore dismiss the appeal. We further order costs be assessed against the party incurring same. We further order that this decision be certified below for observance.

IT IS SO ORDERED THIS 15TH DAY OF MAY, 2015.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.
Hughes, J., not participating